NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC.,**
*Plaintiffs-Appellants,*

v.

**NOKIA CORPORATION, NOKIA INC., FUJITSU LIMITED, FUJITSU AMERICA, INC., FUJITSU COMPUTER PRODUCTS OF AMERICA, INC., ALL AROUND CO. LTD., BOE-HYDIS TECHNOLOGY CO. LTD., PICVUE ELECTRONICS LIMITED, CURITEL COMMUNICATIONS, INC., KONINKLIJKE PHILIPS ELECTRONICS N.V., HIGH TECH COMPUTER CORPORATION, WISTRON CORPORATION, MATSUSHITA ELECTRICAL INDUSTRIAL CO., MATSUSHITA ELECTRICAL CORPORATION OF AMERICA, SEIKO EPSON CORPORATION, ARGUS (also known as Hartford Computer Group Inc.), TOSHIBA AMERICA, INC., and TOSHIBA CORPORATION,**
*Defendants,*

**and**

**FUJIFILM CORPORATION and FUJIFILM U.S.A.,**
*Defendants-Appellees,*

**and**

## SAMSUNG SDI AMERICA INC. and SAMSUNG SDI CO. LTD.,
*Defendants-Appellees.*

---

2010-1121

---

Appeal from the United States District Court for the District of Delaware in consolidated case nos. 04-CV-1337, 04-CV-1338, 04-CV-1536, and 05-CV-0874, Judge Joseph J. Farnan, Jr.

---

## ON MOTION

---

## ORDER

Ryan B. Hawkins moves to withdraw as counsel to Samsung SDI America Inc. et al.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**AUG 1 0 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 0 2010

JAN HORBALY
CLERK

cc: Matthew L. Woods, Esq.
    Lawrence Rosenthal, Esq.
    Stephen S. Korniczky, Esq.

s17